IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY PEOPLE, INC., | No. C-04-3133 MMC |
| Plaintiff, | **ORDER VACATING CLAIM CONSTRUCTION HEARING; RESCHEDULING STATUS CONFERENCE** |
| v. | |
| CLASSIC WOODWORKING, LLC, | |
| Defendant. | |

    At the case management conference held on January 21, 2005, the Court set a claim construction hearing and a status conference for September 16, 2005 at 9:00 a.m. The Court also ordered that the timeline set forth in the Patent Local Rules be continued by thirty days. Consequently, pursuant to Patent Local Rule 4-3, the parties were required to file a joint claim construction statement no later than June 15, 2005. To date, the parties have failed to file a joint claim construction statement. Pursuant to Patent Local Rule 4-5, plaintiff's opening claim construction brief was required to be filed no later than July 30, 2005. To date, no opening claim construction brief has been filed. No party has requested a continuance, and the Court has not been notified that the parties have reached a settlement.

    Accordingly, the claim construction hearing previously scheduled for September 16,

2005 is hereby VACATED.  The status conference previously set for September 16, 2005 at 9:00 a.m. shall be heard at 10:30 a.m.  The parties shall file a joint status conference statement no later than September 9, 2005, in which they shall set forth the current status of the litigation and the reasons for their failure to prepare for the claim construction hearing.

    **IT IS SO ORDERED.**

Dated: August 17, 2005

                                    MAXINE M. CHESNEY
                                    United States District Judge